United States District Court
Southern District of Texas
**ENTERED**
January 21, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| VS. | § CIVIL ACTION NO. 5:20-CV-133 |
| | § |
| 94.59 ACRES OF LAND MORE OR LESS, SITUATED IN ZAPATA COUNTY, STATE OF TEXAS, *et al*, | § § § |
| | § |
| Defendants. | § |

## ADVISORY

The parties have filed a jointly signed Stipulation of Dismissal and Agreement to Disburse Funds Under Federal Rule of Civil Procedure 71.1(i)(1)(B) (Dkt. No. 16). Under Rule 71.1(i)(1)(B), parties may dismiss a condemnation action without a court order by filing a stipulation of dismissal "[b]efore judgment is entered vesting the plaintiff with title or a lesser interest in or possession of the property." A judgment has not been entered in this case. Thus, the parties' Stipulation is effective, and this action is **DISMISSED WITHOUT PREJUDICE.** Fed. R. Civ. P. 71.1(i)(3). The Clerk of Court is **DIRECTED** to disburse the sum remaining in the Registry of the Court, $100.00, plus any accrued interest, to "Juan Vargas and Miroslava B. Vargas" (Dkt. No. 16 at 2). The check prepared by the Clerk should reference "Tract No. LRT-LRs-1103." (*id.* at 1). The Clerk is also **DIRECTED** to **CLOSE** this case.

**SIGNED** January 20, 2021.

Marina Garcia Marmolejo
United States District Judge

